| | |
|---|---|
| FOX ROTHSCHILD LLP<br>Yann Geron<br>Nicole N. Santucci (Of Counsel)<br>100 Park Avenue, Suite 1500<br>New York, New York 10017<br>(212) 878-7900 | Presentment Date:<br>    September 27, 2011<br>At: 12:00 noon |

*Proposed Attorneys for Yann Geron, Chapter 7 Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
In re                                                   :        Chapter 7
                                                        :
PRESTO FOOD & BEVERAGE, INC.,    :        Case No. 11-13692 (JMP)
                                                        :
                             Debtor.              :
------------------------------------------------------x

### NOTICE OF PRESENTMENT OF ORDER DESIGNATING JOSE MARIO ORTEGA AS A PERSON RESPONSIBLE TO PERFORM THE DEBTOR'S DUTIES UNDER THE BANKRUPTCY CODE

TO JOSE MARIO ORTEGA, DEBTOR'S COUNSEL AND THE OFFICE OF THE UNITED STATES TRUSTEE:

**PLEASE TAKE NOTICE** that upon the application, dated September 9, 2011, of Yann Geron, the interim chapter 7 trustee of the estate of Presto Food & Beverage, Inc. (the "Debtor"), the above-captioned debtor, seeking an order, pursuant to Rule 9001(5) of the Federal Rules of Bankruptcy Procedure, designating Jose Mario Ortega as a person responsible to perform the Debtor's duties enumerated under 11 U.S.C. § 521, the undersigned will present the annexed order (the "Order") on the **27th day of September, 2011 at 12:00 noon** (the "Presentment Date"), to the Honorable James M. Peck, United States Bankruptcy Judge, in chambers, United States Bankruptcy Court, One Bowling Green, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the proposed Order shall be made in writing, filed with the Court electronically in accordance with General Order M-242 by registered users of the Court's electronic case filing system and, by all other parties in interest, mailed to the Clerk of the United States Bankruptcy Court, One Bowling Green, New York, New York 10004, on a 3.5 inch floppy disk, preferably in Portable Document Format (PDF), Microsoft Word, WordPerfect, or any other Windows-based word processing

format (with a hard copy delivered directly to the Chambers of the Honorable James M. Peck, United States Bankruptcy Judge, United States Bankruptcy Court, One Bowling Green, New York, New York 10004), and served in accordance with General Order M-242 or other form upon (i) Fox Rothschild LLP, 100 Park Avenue, Suite 1500, New York, New York 10017, Attn: Yann Geron, Esq., and (ii) the Office of the United States Trustee, 33 Whitehall Street, 21st Floor, New York, New York 10004, Attn: Susan D. Golden, Esq., so as to be actually received no later than one day prior to the Presentment Date. Unless timely objections are filed, the Order may be signed without a hearing.

***PLEASE TAKE FURTHER NOTICE*** that if timely objections are filed and served, or if the Court so directs, a hearing will be held before the Honorable James M. Peck, United States Bankruptcy Judge, at a date to be scheduled by the Court, upon such additional notice as the Court may direct.

Dated: New York, New York
September 9, 2011

FOX ROTHSCHILD LLP
Proposed Attorneys for Yann Geron,
 Chapter 7 Trustee

By: *s/ Yann Geron*
Yann Geron
Nicole N. Santucci (Of Counsel)
100 Park Avenue, Suite 1500
New York, New York 10017
(212) 878-7900

TO: Mr. Jose Mario Ortega
11400 Rockville Pike
Rockville, Maryland 20852

Presto Food & Beverage, Inc.
c/o Steinberg, Fineo, Berger & Fischoff PC
40 Crossways Park Drive
Woodbury, NY 11797
 Attn: Gary Fischoff, Esq.

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Susan D. Golden, Esq.